**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Nehemiah Rolle, Jr.,

    Plaintiff,

        v.                                     Case No.  1:21cv552

Karen L. Litkovitz,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

1. Plaintiff's Complaint is **DISMISSED** with **PREJUDICE;**

2. Plaintiff is directed to pay to the Clerk of Court the sum of $1,000.00 within ten (10) days of entry of this Order;

3. Plaintiff is declared a harassing and vexatious litigator, and therefore is **ENJOINED AND PROHIBITED** from filing any additional complaints, or from otherwise initiating any new civil case in the Southern District of Ohio, unless:

    a. any motion or document that seeks to open a new civil case is accompanied by a complete copy of the tendered complaint together with a copy of this Report and Recommendation;

    b. the tendered complaint has been certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted;

    c. the complaint is accompanied either by payment of the full filing fee or a motion seeking leave to proceed in forma pauperis;

4. The Court certifies pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order adopting this Report and Recommendation would not be taken in

good faith and therefore Plaintiff is **DENIED** leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals.

This matter is **TERMINATED** from the active docket of the Court

Date: October 25, 2021         Richard W. Nagel, Clerk
                                                    Clerk

                                       By:            *S/Krista Zeller*
                                                      Deputy Clerk